B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Eastern District of Texas
Case No. **04–43231**
**Chapter 13**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gilbert Martin Lee | Beverly Regina Lee |
| 6589 FM 546 | 6589 FM 546 |
| Princeton, TX 75407 | Princeton, TX 75407 |

Social Security No.:
  xxx–xx–1760                                                xxx–xx–1234

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 9/15/09                                                  Brenda T. Rhoades
                                                                         United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0540-4          User: shepparm           Page 1 of 2           Date Rcvd: Sep 15, 2009
Case: 04-43231                Form ID: 13Y             Total Noticed: 42
```

The following entities were noticed by first class mail on Sep 17, 2009.
```
db/jdb      +Gilbert Martin Lee,   Beverly Regina Lee,   6589 FM 546,   Princeton, TX 75407-4771
cr          +U.S., N.A.,   Barrett Burke Wilson Castle Daffin,   1900 St. James Place, Suite 500,
              Houston, TX 77056-4125
cr          +Wells Fargo Financial Acceptance,   Attn: MAC#F6582-034,   PO Box 500,   Chester, PA 19016-0500
3769535     +ATTORNEY GENERAL,   CHILD SUPPORT,   1600 PACIFIC #700,   DALLAS TX 75201-3627
3769536     +ATTORNEY GENERAL,   MAIN JUSTICE BLDG RM 5111,   10TH & CONSTITUTION AVE NW,
              WASHINGTON DC 20530-0001
3769534      ATTORNEY GENERAL,   COLLECTIONS DIVISION,   BANKRUPTCY DIVISION,   PO BOX 12548,
              AUSTIN TX 78711-2548
3769538     +CATHERINE LEE,   6589 FM 546,   PRINCETON, TX 75407-4771
3769539     +CITIFINANCIAL,   700 W SPRING CREEK PKWY,   PLANO, TX 75023-4623
3769542      DELTA COLLECTIONS,   P.O. Box 55268,   Jacksonville, FL 32255
3769543      DR. BLAKELEY,   PO BOX 670039,   DALLAS, TX 75367-0039
3769545      HUGHES NETWORK SYSTEMS,   PO BOX 96874,   CHICAGO, IL 60693-6874
3769548     +LEN L. NARY,   4813 BROADWAY STREET,   ADDISON, TEXAS 75001-6500
3769549      LINEBARGER GOGGAN ET AL,   2323 BRYAN ST,   1720 UNIVISION CTR,   DALLAS TX 75201-2644
3769550     +MBI,   P.O. BOX 35496,   DALLAS, TX 75235
3769551      MEDICAL CITY - DALLAS,   PO BOX 13564,   PHILADELPHIA, PA 19106-3564
3769552     +NCO Financial Systems, Inc.,   2360 Campbell Creek, #500,   Richardson, Texas 75082-4453
3769553     +O.A.D.,   7777 FOREST LN, #105,   DALLAS, TX 75230-2505
4678683     +Portfolio Recovery Associates,   PO Box 41067,   Norfolk, VA 23541-1067
3769554      SEARS,   PO BOX 182156,   COLUMBUS, OH 43218-2156
3769555      SHELL/TEXACO,   PROCESSING CENTER,   DES MOINES, IA 50359-0001
3769556      TEXAS ALCOHOLIC BEV COM,   LICENSE AND PERMITS DIV,   PO BOX 13127,   AUSTIN TX 78711-3127
3769540    ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,   REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
              PO BOX 13528,   AUSTIN TX 78711-3528
             (address filed with court:   COMPTROLLER OF PUBLIC ACCTS,   REVENUE ACCOUNTING DIVISION,
              BANKRUPTCY SECTION,   PO BOX 13528,   AUSTIN TX 78711-3528)
3769558     +TIDWELL BACKHOE SVC,   PO BOX 239,   MCKINNEY,   75070-8134
3858214     +U.S. Bank, N.A.,   c/o National Default Servicing Corp.,   2525 Camelback, Ste. 200,
              Phoenix, AZ 85016-4224
3769559     +UNITED STATES ATTORNEY,   110 N COLLEGE STE 700,   TYLER TX 75702-0204
3769560     +US BANK NATIONAL ASSOC, N.D.,   PO BOX 790405,   ST. LOUIS, MO 63179-0405
3769561      WELLS FARGO FIN. ACCPT.,   P.O. BOX 13460,   PHILADELPHIA, PA 19101-3460
3853786     +Wells Fargo Financial,   Attn: MAC #F6582-034,   P O Box 500,   Chester PA 19016-0500
4951184     +Wells Fargo Financial,   Attn: MAC#F6582-034,   PO Box 500,   Chester, PA 19016-0500
4980086      Wells Fargo Financial Acceptance,   13675 Technology Dr., Bldg C, 2nd Floor,
              Eden Prairie, MN 55344-2252
```

The following entities were noticed by electronic transmission on Sep 15, 2009.
```
cr          +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 16 2009 04:54:20
              Household Automotive Finance Corporation Departmen,   c/o The Ramsey Law Firm, P.C.,
              P.O. Box 201347,   Arlington, Tx 76006-1347
3769537      EDI: CAPITALONE.COM Sep 15 2009 20:18:00      CAPITAL ONE BANK,   P.O. BOX 85015,
              RICHMOND, VA 23285-5015
3769541     +EDI: CRFRSTNA.COM Sep 15 2009 20:18:00      CREDIT FIRST,   PO BOX 81344,
              CLEVELAND, OH 44188-0001
3839999      EDI: CRFRSTNA.COM Sep 15 2009 20:18:00      Credit First NA,   POB 818011 BK13,
              Cleveland OH 44181-8011
3769544      EDI: HFC.COM Sep 15 2009 20:18:00      HOUSEHOLD AUTOMOTIVE FIN CORP,   PO BOX 17904,
              SAN DIEGO, CA 92177-7904
3788192     +EDI: HFC.COM Sep 15 2009 20:18:00      HOUSEHOLD AUTOMOTIVE FINANCE CORPORATION,   POB 17906,
              SAN DIEGO ,CA 92177-7906
3982850     +EDI: HFC.COM Sep 15 2009 20:18:00      HSBC AUTO FINANCE,   POB 17906,   SAN DIEGO, CA 92177-7906
3769546      EDI: IRS.COM Sep 15 2009 20:18:00      Internal Revenue Service,   P. O. Box 21126,
              Philadelphia, PA 19114
3769547      EDI: RMSC.COM Sep 15 2009 20:18:00      JC PENNEY,   PO BOX 960001,   ORLANDO, FL 32896-0001
3769554      EDI: SEARS.COM Sep 15 2009 20:18:00      SEARS,   PO BOX 182156,   COLUMBUS, OH 43218-2156
3836856      EDI: RESURGENT.COM Sep 15 2009 20:23:00      Sherman Acquisition LP., its successors and assign,
              P.O. Box 10587,   Greenville, SC 29603-0587
3769557     +E-mail/Text: redpacer@twc.state.tx.us                            TEXAS WORKFORCE COM,
              TEC BLDG-BANKRUPTCY,   101 E 15TH ST,   AUSTIN TX 78778-0001
3858214     +EDI: USBANKARS.COM Sep 15 2009 20:18:00      U.S. Bank, N.A.,
              c/o National Default Servicing Corp.,   2525 Camelback, Ste. 200,   Phoenix, AZ 85016-4224
4980086      EDI: WFFC.COM Sep 15 2009 20:18:00      Wells Fargo Financial Acceptance,
              13675 Technology Dr., Bldg C, 2nd Floor,   Eden Prairie, MN 55344-2252
3911232      EDI: ECAST.COM Sep 15 2009 20:18:00      eCAST Settlement Corporation, assignee of,
              General Electric//JCP CONSUMER,   P.O. Box 35480,   Newark, NJ 07193-5480
                                                                                              TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, Va 23541-1067
                                                                                              TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2009**              **Signature:**      *Joseph Speetjens*