JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 15, 2009

Check No. 1766718

Check Amount: $8.42

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-43231-R | 00000 | GILBERT MARTIN & BEVERLY REGINA LEE | 0 | XXXXX1760 | 5.00 | 0.00 | 5.00 |
| | | | | XXXXX1234 | | | |
| | | Original check written to: GILBERT MARTIN LEE 6589 FM 546 PRINCETON, TX 75407 | | | | | |
| 04-43396-R | 00000 | ROBERT & ANGELA OLSON | 0 | XXXXX5451 | 0.65 | 0.00 | 0.65 |
| | | | | XXXXX0519 | | | |
| | | Original check written to: ROBERT OLSON 1916 DEBORAH SHERMAN, TX 75090 | | | | | |
| 04-44404-R | 00000 | ROBIN & CHRISTOPHER THOMAS | 0 | XXXXX3345 | 2.77 | 0.00 | 2.77 |
| | | | | XXXXX3461 | | | |
| | | Original check written to: ROBIN THOMAS 615 HAMBRICK ROAD DALLAS, TX 75218 | | | | | |
| | | | **TOTALS** | | $8.42 | **$0.00** | **$8.42** |